UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                                ORDER

                                                                 04-CR-6185L

                            v.

MOHKTAR SAEED,

                              Defendant.
_____

       The defendant, Mohktar Saeed ("Saeed"), moved this Court on February 26, 2007, pursuant to FED. R. CRIM. P. 32 and 28 U.S.C. § 2255, to withdraw his plea of guilty on December 15, 2004, to a one count information charging him with a violation of 7 U.S.C. § 2024(b). There being no opposition to said motion, it is hereby

       ORDERED that Saeed's motion to withdraw his plea of guilty to a violation of 7 U.S.C. § 2024(b), which was entered on December 15, 2004, is hereby granted. The motion is granted based on a violation of defendant's constitutional due process rights and for a violation of the Sixth Amendment right to effective assistance of counsel; and it is further

       ORDERED that the Judgment and Commitment entered on July 18, 2006 (Dkt. #30), is hereby vacated in all respects; and it is further

ORDERED that defendant be released on his own recognizance on the pending criminal charge in this Court.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       February 27, 2007.