UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,                          **ORDER**

      v.                                        6:04-CR-6185-1

MOKHTAR SAEED,

                Defendant.

---

      Pursuant to an Order entered on February 27, 2007, the Judgment and Commitment entered on July 18, 2006 (Dkt. #30), which imposed a $100.00 SPA and $200,000.00 Restitution against Defendant, MOKHTAR SAEED, in the instant case, was vacated in all respects.

      On March 6, 2007, Defendant MOKHTAR SAEED, was re-sentenced and a Judgment entered on March 13, 2007 (Dkt. #48), imposed a $100.00 SPA and $1,000.00 Fine against Defendant, MOKHTAR SAEED.

      The Defendant paid the $100.00 SPA and $1,420.00 toward the restitution imposed by the vacated Judgment. Said payments have been applied to the criminal debt imposed by the Judgment entered on March 13, 2007, and it has been determined that Defendant, MOKHTAR SAEED, is due a refund of $420.00, and it is hereby

      ORDERED, that the overpayment of $420.00 be refunded to the Defendant upon entry of this Order.

      IT IS SO ORDERED.

                                                                 DAVID G. LARIMER
                                                                 United States District Judge

DATED: Rochester, New York
           April 26, 2007